UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RAY AHMED FAYAD,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMES MCMAHON, et al.,**<br><br>Defendants. | 2:18-CV-13982-TGB-APP<br><br>**ORDER DISMISSING CASE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT** |

The Court was notified that the parties had reached a resolution in this matter. Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010). Parties shall inform the Court as soon as they have obtained approval of the settlement agreement by the relevant municipal stakeholders. They may also submit a stipulated judgment for entry at that time. If for any reason municipal approval is withheld, the Court will allow Plaintiff to re-open the case.

**SO ORDERED** this 25th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge